**98–1584. State ex rel. Floyd v. Cain.**
In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., dissents and would grant the writ.